IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

ANTHONY HAYNES; GLENN A.
CARRINO; JOSEPH ARNETT;
JERUMY BOWEN; STEPHEN
PICKETT; WAYNE MOSELY;
and FNU WOLFORD,

    Defendants.

CIVIL ACTION NO.: CV213-071

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Anthony Haynes and Glenn A. Carrino are **DISMISSED**. Plaintiff's negligence claims against the remaining Defendants are also **DISMISSED**.

**SO ORDERED**, this 9 day of August, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)