IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
2013 DEC -5 A 10: 09
CLERK R. ___
SO. DIST. OF GA.

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

JOSEPH ARNETT; JERUMY BOWEN;
STEPHEN PICKETT; WAYNE
MOSELEY; and MARK WOLFORT,

    Defendants.

CIVIL ACTION NO.: CV213-071

## ORDER

Plaintiff, an inmate currently incarcerated at the Federal Correctional Institution in Sheridan, Oregon, filed this complaint pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff moved to proceed in forma pauperis and the Court granted Plaintiff's motion. On July 11, 2013, the undersigned directed service of Plaintiff's complaint upon Defendants Arnett, Bowen, Pickett, Moseley, and Wolfort. In the same Order the undersigned recommended that Plaintiff's claims against Defendants Haynes and Carrino be dismissed. Plaintiff's claims against Anthony Haynes and Glenn A. Carrino were dismissed by Order dated August 12, 2013. Plaintiff has now filed a "Motion Requesting Nunc Pro Tunc Order Granting That Cost of Service Be Advanced By the United States." Plaintiff asks that the Court waive all of the service costs imposed by the U.S. Marshals. Plaintiff's Motion (doc. 25) is **denied** in part and **granted** in part. Plaintiff is responsible for the Marshal's fees for service upon Defendants Arnett, Bowen, Pickett, Moseley, and Wolfort. However, Plaintiff is not responsible for the Marshal's service fees upon Anthony Haynes ($16.00) and Glenn

AO 72A
(Rev. 8/82)

A. Carrino ($8.00). The Court did not order service upon Haynes or Carrino. Notwithstanding that, the Clerk prepared the USM-285 forms and Waivers and forwarded such forms to the United States Marshal for service upon <u>all</u> <u>Defendants</u> named in Plaintiff's complaint. Accordingly, the Clerk is responsible for the Marshal's service fees for Haynes and Carrino, and is directed to pay the sum of $24.00 to the U. S. Marshal's Service for the cost of the erroneous service upon Haynes and Carrino.

The Clerk is further directed to serve a copy of this Order upon the U.S. Marshal Service in Savannah, Georgia.

**SO ORDERED**, this 5th day of December, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)