IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SEAN ROBERT ADDISON, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 2:13-CV-71-LGW-JEG |
| vs. ) | |
| ) | |
| JOSEPH ARNETT ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF APPEARANCE**

TO: The Clerk of Court and all parties of record

The undersigned hereby appears as counsel of record for the plaintiff, Sean Robert Addison.  I am not a member of the Bar of this Court but am a member in good standing of the Bar of the Northern District of Georgia.  A certificate of good standing is attached hereto.  In addition, I have moved for pro hac vice admission for the purpose of appearing on behalf of Plaintiff in this case simultaneous with the filing of this entry of appearance.  A copy of this application is also attached hereto.

Dated: December 20, 2013

Respectfully submitted,

/s Albert Wan
Albert Wan, Esq.
(Georgia Bar No. 334224)

Albert Wan, Attorney at Law
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361
albert@albertwanlaw.com
(404) 872-7760

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2013 I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Melissa S. Mundell
Assistant United States Attorney
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422
melissa.mundell@usdoj.gov

                                                    /s Albert Wan, Esq.
                                                    Albert Wan
                                                    (Georgia Bar No. 334224)

Albert Wan, Attorney at Law
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361
albert@albertwanlaw.com
(404) 872-7760