# United States District Court
## Southern District of Georgia

Sean Robert Addison
_____
Plaintiff

v. Joseph Arnett et al.,
_____
Defendant

Case No. __CV 2:13-CV-71-LGW-JEG__

Appearing on behalf of: _____
Plaintiff
_____
(Plaintiff/Defendant)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 DEC 26 AM 9:38
CLERK_____ B. West
SO. DIST. OF GA.

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Albert Wan__ hereby requests permission to appear pro hac vice in the subject case filed in the __Brunswick__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Georgia__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __William Atkins__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __20th__ day of __December__, __2013__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __William Atkins__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __20th__ day of __December__, __2013__.

__027060__
Georgia Bar Number

__404-969-4130__
Business Telephone

_____
Signature of Local Counsel

Atkins & Fife LLC (Law Firm)
6400 Powers Ferry Road, Suite 355 (Business Address)
Atlanta, Georgia 30339 (City, State, Zip)
same as above (Mailing Address)
bill@atkinsfife.com (Email Address)

<u>List of cases in which Albert Wan has appeared as counsel in the Southern District of Georgia</u>

Travis Ryals v. James Dominy, No. 2:11-CV-210-LGW-JEG
Robert Clements v. Homer Bell, et al., No. 6:13-CV-66-BAE-GRS

# United States District Court
## *Southern District of Georgia*

Sean Robert Addison
_____
Plaintiff

Case No.  CV 2:13-CV-71-LGW-JEG

v.   Joseph Arnett et al.,
_____
Defendant

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

| | |
|---|---|
| NAME OF PETITIONER: | Albert Wan |
| Business Address: | Law Office of Albert Wan, P.C. |
| | Firm/Business Name |
| | 1201 Peachtree Street NE, 400 Colony Square, Suite 200 |
| | Street Address |
| | Atlanta   GA   30361 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-872-7760         334224 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | albert@albertwanlaw.com |



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
                              } ss.
NORTHERN DISTRICT OF GEORGIA  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ALBERT WAN**, State Bar No. 334224, was duly admitted to practice in said Court on November 6, 2009, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 19th day of December, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Anniva Renick
Deputy Clerk

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV018517
Cashier ID: lherb
Transaction Date: 12/26/2013
Payer Name: Law Office of Albert Wan P.C.
----------------------------------------
PRO HAC VICE
 For: Albert Wan
 Case/Party: D-GAS-4-13-LB-000001-000
 Amount:        $200.00
----------------------------------------
CHECK
 Check/Money Order Num: 2546
 Amt Tendered:  $200.00
----------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00
```