# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 DEC 26 P 3: 11

CLERK_____
SO. DIST. OF GA.

Sean Robert Addison

_____
Plaintiff

v.   Joseph Arnett et al.,

_____
Defendant

Case No.  CV 2:13-CV-71-LGW-JEG

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of December, 2013

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Albert Wan |
| Business Address: | Law Office of Albert Wan, P.C. |
| | Firm/Business Name |
| | 1201 Peachtree Street NE, 400 Colony Square, Suite 200 |
| | Street Address |
| | Atlanta    GA    30361 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-872-7760     334224 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | albert@albertwanlaw.com |