IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

JOSEPH ARNETT; JERUMY BOWEN; STEPHEN PICKETT; WAYNE MOSELEY; and MARK WOLFORT,

    Defendants.

CIVIL ACTION NO.: CV213-071

## ORDER

Plaintiff, through counsel, on December 20, 2013, filed a Motion for Extension of Time to respond to Defendants' Motion to Dismiss or alternatively Motion for Summary Judgment. (Doc. 39). On December 27, 2013, the Court received a pro se Motion for Enlargement of Time to respond to the same motion. (Doc. 44). Defendants have filed a response stating that they have no objection to that Motion. Plaintiff's Motions for Extension of Time are hereby **GRANTED**. Plaintiff shall have until January 27, 2014, to file any desired response to Defendants' Motion to Dismiss or alternatively Motion for Summary Judgment.

**SO ORDERED**, this 30th day of December, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)