IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

JOSEPH ARNETT; JERUMY BOWEN;
STEPHEN PICKETT; WAYNE
MOSELEY; and MARK WOLFORT,

    Defendants.

CIVIL ACTION NO.: CV213-071

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, who is currently incarcerated at the Federal Correctional Institution Sheridan in Sheridan, Oregon, filed a cause of action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), contesting certain conditions of his confinement while he was housed at the Federal Correctional Institution in Jesup, Georgia. The undersigned directed service of Plaintiff's Complaint upon Defendants Joseph Arnett, Jeremy Bowen, Stephen Pickett, Wayne Moseley, and Mark Wolfort based on Plaintiff's allegations that these individuals failed to protect him from a known risk to his safety, in violation of the Eighth Amendment. Before Defendants filed an Answer to Plaintiff's Complaint, Plaintiff filed a First Amended Complaint. Defendants then filed a Motion to Dismiss, or in the alternative, a Motion for Summary Judgment. Plaintiff, who has since obtained legal

AO 72A
(Rev. 8/82)

representation, filed a Response to Defendants' Motion. Plaintiff also filed a Second Amended Complaint on the same date. Plaintiff cites to his Second Amended Complaint in his Response to Defendants' Motion. The parties filed a consent motion for extension of time within which to file a responsive pleading to Plaintiff's Second Amended Complaint.

Based on the parties' conduct, it appears that Defendants have no objection to the filing of Plaintiff's Second Amended Complaint. Even though Plaintiff failed to move the Court for leave to file an amended complaint, it appears that Defendants have consented to this amendment. FED. R. CIV. P. 15(a)(2). Because Plaintiff filed an Amended Complaint after Defendants' Motion to Dismiss was filed, Defendants' Motion to Dismiss should be **DISMISSED** as moot. See Jones Creek Investors, LLC v. Columbia Cnty., Ga., No. CV111-174, 2012 WL 694316, at *3, n.5 (S.D. Ga. Mar. 1, 2012) (citing Pintando v. Miami-Dade Hous. Agency, 501 F.3d 1241, 1243 (11th Cir. 2007), for the position that the granting of a motion to amend results in the initial pleading being superseded and a pending motion to dismiss the initial pleading being deemed moot).

**SO REPORTED** and **RECOMMENDED**, this 27th day of March, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2