IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

JOSEPH ARNETT; JERUMY BOWEN; STEPHEN PICKETT; WAYNE MOSELEY; and MARK WOLFORT,

    Defendants.

CIVIL ACTION NO.: CV213-071

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment (doc. 34), is **DISMISSED**.

**SO ORDERED**, this 23 day of April, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA