IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SEAN ROBERT ADDISON, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | 2:13-CV-71-LGW-JEG |
| vs. | ) | |
| | ) | |
| JOSEPH ARNETT ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND MOTION TO WITHDRAW

COMES NOW, Albert Wan, attorney of record for Plaintiff, Sean Robert Addison, in the above-captioned case, and files this, his Second Motion to Withdraw pursuant to Local Rule 83.7. The undersigned requests that this Court grant this motion for the following reasons.

(1)

The undersigned was retained by Plaintiff on or about December 20, 2013 for the sole purpose of preparing a response to the motion to dismiss, or, in the alternative, motion for summary judgment filed by Defendants at D.E. 34.

(2)

The undersigned has fulfilled his duties as per his retainer agreement with Plaintiff. He prepared and filed on behalf of Plaintiff his Brief in Response to Defendants' Motion to Dismiss, or, in the alternative, Motion for Summary

Judgment (D.E. 49).  As part of that response, the undersigned also prepared and filed on behalf of Plaintiff a Second Amended Complaint (D.E. 50).  On March 27, 2014, Magistrate Judge Graham recommended that Defendants' motion to dismiss filed at D.E. 34 be denied, and Judge Wood adopted this ruling as the order of the Court on April 25, 2014.  (D.E. 57, 61.)

(3)

After Plaintiff filed his Second Amended Complaint, Defendants again moved to dismiss Plaintiff's claims.  The undersigned prepared and filed a response to Defendants' second motion to dismiss despite not having been retained by Plaintiff to do so.  (D.E. 62.)  At that time, the undersigned also moved to withdraw from the case as Plaintiff's counsel based on the limited nature of his retainer agreement with Plaintiff.  (D.E. 63.)

(4)

On May 30, 2014, the Court in a written decision recommended that the Defendants' second motion to dismiss be denied.  (D.E. 67.)  In that same decision, the Court also provided the parties an opportunity to supply additional documents for its consideration before it ruled on Defendants' motion for summary judgment, which Defendants' sought as an alternative ground for relief in conjunction with their second motion to dismiss.  Because of its decision in that regard, the Court denied the undersigned's motion to withdraw but without prejudice to renewal

2

once the time for a full response to Defendants' motion for summary judgment expired. (*See* D.E. 66.)

(5)

The time for a full response to Defendants' motion for summary judgment expired on June 30, 2014. The undersigned has informed the Court on behalf of Plaintiff that Plaintiff has no additional documents to provide the Court in connection with Defendants' motion for summary judgment. The undersigned has also prepared and filed on behalf of Plaintiff a brief in response to the objections made by Defendants to the Court's recommendation that their second motion to dismiss be denied. (*See* D.E. 73.)

(6)

The undersigned has provided written notice to Plaintiff of the undersigned's intention to withdraw as Plaintiff's attorney of record as he is required to do under Local Rule 83.1. A copy of this notice is attached hereto. This motion is being made at least fourteen (14) days after the undersigned notified Plaintiff of his intention to withdraw. The undersigned has accordingly complied with the requirements of Local Rule 83.7.

(7)

All pleadings and correspondence in this case should be served on Plaintiff at this last known mailing address which is:

3

Sean Robert Addison<br>
No. 96045-071<br>
Federal Correctional Institution<br>
FCI Sheridan<br>
P.O. Box 5000<br>
Sheridan, Oregon 97378

WHEREFORE, the undersigned prays that this Court enter an Order relieving him from any further representation of Plaintiff in the above-captioned matter. A proposed order has been submitted with this motion for the Court's consideration.

Respectfully submitted this 2nd day of July, 2014.

/s/ Albert Wan, Esq.<br>
Albert Wan, Bar No. 334224<br>
Attorney for Plaintiff

Albert Wan, Attorney at Law
215 Church Street
Suite 110
Decatur, GA 30030
albert@albertwanlaw.com
(404) 872-7760

5

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2014 I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Melissa S. Mundell<br>
Assistant United States Attorney<br>
P.O. Box 8970<br>
Savannah, Georgia 31412<br>
(912) 652-4422<br>
melissa.mundell@usdoj.gov

                                            /s Albert Wan, Esq.
                                            Albert Wan
                                            (Georgia Bar No. 334224)

Albert Wan, Attorney at Law
215 Church Street
Suite 110
Decatur, GA 30030
albert@albertwanlaw.com
(404) 872-7760

5