IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ROBERT ADDISON,

    Plaintiff,

vs.

JOSEPH ARNETT; JERUMY BOWEN;
STEPHEN PICKETT; WAYNE
MOSELEY; and MARK WOLFORT,

    Defendants.

CIVIL ACTION NO.: CV213-071

## ORDER

Albert Wan, attorney of record for the Plaintiff Sean Robert Addison, has filed a Second Motion to Withdraw as Plaintiff's counsel. After due consideration, counsel's Second Motion to Withdraw (doc. 74) is **denied** at this time.

**SO ORDERED**, this 14th day of October, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)